**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

May 17, 2022

<u>Via ECF</u>
Hon. Roanne L. Mann, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  <u>Davenport v. County of Nassau 19-CV-05097 (FB)(RLM)</u>

Your Honor:

The Nassau County Attorney's Office represents defendants in the above referenced action. The purpose of this letter is to advise the Court that the parties have reached a settlement to end this litigation. Defendants intend to file a Stipulation of Dismissal within forty-five (45) days after completing the Settlement Agreement and issuing payment to plaintiff.

The parties thank Your Honor for your attention and consideration in this matter.

Respectfully submitted,

/s/  Ralph J. Reissman
RALPH J. REISSMAN
Deputy County Attorney

cc: <u>Via ECF</u>
Robert J. La Reddola, Esq., Attorney for Plaintiff