# LA REDDOLA LESTER & ASSOCIATES, LLP
## ATTORNEYS AT LAW

600 Old Country Road, Suite 230, Garden City, NY 11530
Tel: 516-357-0056  Fax: 516-357-0069
www.llalawfirm.com

Steven M. Lester
Robert J. La Reddola

rjl@llalawfirm.com

NYC Office (by appointment only):
46 Trinity Place, #1, New York, New York 10006
(646) 415-8171

May 17, 2022

*Via ECF*

Hon. Roanne L. Mann, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Davenport v. County of Nassau 2:19-cv-05097-FB-SMG

Hon. Judge Mann:

    We represent the Plaintiff, Russell Davenport, in the above-referenced action. Please keep the case open as the County is still checking whether or not Mr. Davenport's pistol license application has been approved. The County has confirmed that the firearms confiscated from Mr. Davenport have not been destroyed. We hope to contact you by tomorrow with a status on the settlement, as my client is requiring to have his firearms and license returned to him as part of any settlement as you may recall from our last conference.

                                Respectfully submitted,

                                /s/ Robert J. La Reddola
                                Robert J. La Reddola

RJL/at
Enclosures
All Counsel (via ECF)