# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RUSSELL DAVENPORT, Individually and
on behalf of all others similarly situated,

                        Plaintiff,

-against-

COUNTY OF NASSAU, COUNTY OF NASSAU
POLICE DEPARTMENT, NASSAU COUNTY
POLICE DEPARTMENT PATRICK RYDER,
CHRISTOPHER V. TODD, ESQ, NASSAU COUNTY
SHERIFF'S DEPARTMENT, NASSAU COUNTY
SHERIFF VERA FLUDD,

                        Defendants.
-----------------------------------------------------------X

19-CV-05097 (FB)(SMG)

**STIPULATION AND
ORDER OF DISMISSAL**

      **IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: June 29, 2022

LAW OFFICES OF LA REDDOLA LESTER & ASSOCIATES, LLP

By: _____
    ROBERT J. LA REDDOLA, ESQ.
600 Old Country Road, Suite 230
Garden City, New York 11530
(516) 357-0056

THOMAS A. ADAMS, Nassau County Attorney

By: _____
    RALPH J. REISSMAN, Deputy County Attorney
1 West Street
Mineola, New York 11501
(516) 571-3046

**SO ORDERED:**

/S/ Frederic Block, U.S.D.J. 8-2-2022